UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RITA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-cv-0607 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 32) is **GRANTED IN PART and DENIED IN PART**. The plaintiff's failure to accommodate claim is hereby **DISMISSED WITH PREJUDICE**. Subject to the limitations set forth in the accompanying Memorandum, the plaintiff's remaining discrimination, hostile work environment, and retaliation claims will proceed.

It is so **ORDERED**.

Enter this 24rd day of January 2013.

_____
ALETA A. TRAUGER
United States District Judge