AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | TENNESSEE |

RITA WHEEL

**JUDGMENT IN A CIVIL CASE**

V.

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY

Case Number: 3:11-cv-0607

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed May 24, 2013, Document #93.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
JUDGMENT is entered in favor of Defendant and against the Plaintiff.

May 24, 2013
Date

Keith Throckmorton
Clerk

*[signature]*
(By) Deputy Clerk
Nancy L. Duckwiler